[Crim. No. 835. Third Appellate District.—April 16, 1925.]

## THE PEOPLE, Respondent, v. H. BUCK, Appellant.

[1] CRIMINAL LAW—ERRORS—ABSENCE OF SPECIFICATIONS—APPEAL.—
The appellate court is not required, in the absence of special
assignments, in some form, of alleged error, to search the record
for the purpose of determining whether or not the trial in the
court below was in all respects conducted without prejudice to the
substantial rights of the accused.

[2] ID.—INCEST—APPEAL — RECORD — EVIDENCE — VERDICT. — In this
prosecution for the crime of incest, notwithstanding that no
brief has been filed on behalf of the defendant and no specifica-
tion has been made of errors in the trial of the case, the
appellate court has, however, carefully read the stenographer's
transcription of the testimony, and has upon such investigation dis-
covered no reason for questioning its sufficiency to justify and
support the verdict.

(1) 17 C. J., p. 181, n. 37.    (2) 31 C. J., p. 387, n. 35.

APPEAL from a judgment of the Superior Court of Sac-
ramento County and from an order denying a new trial.
Charles O. Busick, Judge. Affirmed.

The facts are stated in the opinion of the court.

Hale Day for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Dep-
uty Attorney-General, for Respondent.

McDANIEL, J., *pro tem.*—The defendant was convicted
of the crime of incest. The appeal to this court is from the
judgment of conviction following a verdict of guilty, as
charged in the information, and the order denying defend-
ant's motion for new trial.

The appeal has been submitted upon the record in the
case. No brief has been filed on behalf of the defendant,
and there has been no specification of errors made in the
trial of the case.

As is said in the case of *People* v. *Perry,* 16 Cal. App. 771
[117 Pac. 1036]:

[1] "This court is not required, in the absence of special assignments, in some form, of alleged error, to search the record for the purpose of determining whether or not the trial in the court below was in all respects conducted without prejudice to the substantial rights of the accused.

[2] "We have, however, taken the pains carefully to read the stenographer's transcription of the testimony, and we have upon such investigation discovered no reason for questioning its sufficiency to justify and support the verdict."

The judgment and order are, accordingly, affirmed.

Plummer, J., and Finch, P. J., concurred.